UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARTIN LEMP,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SETERUS, INC.,<br><br>　　　　Defendant. | CASE NO. 2:18-cv-01313-TLN-KJN<br><br>**ORDER RE JOINT STIPULATION FOR CONTINUANCE OF PHASE I – CLASS CERTIFICATION HEARING AND RELATED DEADLINES**<br><br>[*Joint Stipulation and Declaration of Paul Rigali filed concurrently herewith*]<br><br>Judge: Hon. Troy L. Nunley<br>Courtroom: Courtroom 2, 15th Floor<br><br>Complaint Filed: May 21, 2018<br>First Amended Complaint filed: August 10, 2018<br>Trial Date:　None |

This matter is before the Court on Plaintiff Martin Lemp and Defendant Seterus, Inc.'s (collectively, the "Parties") Joint Stipulation and Request for Continuance of Phase 1 – Class Certification Hearing and Related Deadlines. Having considered the Parties' stipulation and request, and with good cause having been shown, the Court hereby orders as follows:

The Parties' Joint Stipulation and Request for Continuance is **GRANTED**. The Court hereby sets the following Phase 1 – Class Certification schedule:

1. The Phase I Discovery Cutoff is continued from April 15, 2019 to June 17, 2019.

2. The Expert Witness Disclosure Deadline is continued from May 15, 2019 to July 15, 2019.

3. The Class Certification Hearing is continued from September 5, 2019 to November 14, 2019, at 2:00 pm in Courtroom 2.

**IT IS SO ORDERED.**

Dated: March 18, 2019

Troy L. Nunley
United States District Judge

- 2 -
[PROPOSED] ORDER RE JOINT STIPULATION FOR CONTINUANCE OF PHASE I – CLASS CERTIFICATION HEARING AND RELATED DEADLINES