# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| MARTIN LEMP, | CASE NO. 2:18-cv-01313-TLN-KJN |
| Plaintiff, | **ORDER RE JOINT STIPULATION AND REQUEST FOR CONTINUANCE OF PHASE I – CLASS CERTIFICATION DISCOVERY CUTOFF AND EXPERT WITNESS DISCLOSURE DEADLINE** |
| v. | |
| SETERUS, INC., | |
| Defendant. | [*Joint Stipulation filed concurrently herewith*] |
| | Judge: Hon. Troy L. Nunley<br>Courtroom: Courtroom 2, 15th Floor |
| | Complaint Filed: May 21, 2018<br>First Amended Complaint filed: August 10, 2018<br>Trial Date: None |

1       This matter is before the Court on Plaintiff Martin Lemp and Defendant Seterus, Inc.'s (collectively, the "Parties") Joint Stipulation and Request for Continuance of Phase I – Class Certification Discovery Cutoff and Expert Witness Disclosure Deadline. Having considered the Parties' stipulation and request, and with good cause having been shown, the Court hereby orders as follows:

      The Parties' Joint Stipulation and Request for Continuance of Phase I – Class Certification Discovery Cutoff and Expert Witness Disclosure Deadline is **GRANTED**. The Court hereby sets the following schedule:

      1.     The Phase I – Class Certification Discovery Cutoff is continued from July 17, 2019 to September 16, 2019.

      2.     The Phase I – Class Certification Expert Witness Disclosure Deadline is continued from August 15, 2019 to October 14, 2019.

      **IT IS SO ORDERED.**

Dated: July 17, 2019

_____
Troy L. Nunley
United States District Judge