DAVIS & NORRIS LLP
Andrew Wheeler-Berliner, SBN 290495
2154 Highland Avenue South
Birmingham, AL 35205
Telephone: 205-765-7324
Email: dware@davisnorris.com

Dargan Ware, pro hac vice
2154 Highland Avenue South
Birmingham, AL 35205
Telephone: 205-930-9900
Email: dware@davisnorris.com

Attorneys for Plaintiffs
MARTIN LEMP and Class

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| MARTIN LEMP, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SETERUS, INC.,<br><br>Defendant. | **Case No.: 2:18-cv-01313-TLN-KJN**<br><br>**ORDER GRANTING JOINT STIPULATION FOR CONTINUANCE OF PHASE I – CLASS CERTIFICATION HEARING AND RELATED DEADLINES**<br><br>The Hon. Troy L. Nunley<br>Ctrm: 2 [15th Floor]<br><br>Action Filed: May 21, 2018 |

//
//
//
//
//
//
//

This matter is before the Court on Plaintiff Martin Lemp and Defendant Seterus, Inc.'s (collectively, the "Parties") Joint Stipulation and Request for Continuance of Phase 1 – Class Certification Hearing and Related Deadlines. Having considered the parties' Stipulation and Request, and with good cause having been shown, IT IS HEREBY ORDERED that:

1. The Parties' Joint Stipulation and Request for Continuance is GRANTED. The Court hereby continues the Phase 1 Class Certification Hearing Deadline as follows. Plaintiffs are hereby ordered to file their motion for Class Certification within 30 days if the Court denies the pending Motion to Amend, and to schedule the Class Certification hearing within 60 days thereof. If the Court approves the motion to amend, the Court will enter an order continuing the deadline to complete class discovery, the deadline to disclose expert witnesses, and the Class Certification Hearing by 120, 150, and 180 days, respectively.

IT IS SO ORDERED.

DATED: October 15, 2019

Troy L. Nunley
United States District Judge