1

2

3

4

5

6

7

8

9 UNITED STATES DISTRICT COURT

10 FOR THE EASTERN DISTRICT OF CALIFORNIA

11 SACRAMENTO DIVISION

12

13 MARTIN LEMP,

              Plaintiff,

14     v.

15 SETERUS, INC.,

16               Defendant.

17

18

19

20

CASE NO. 2:18-cv-01313-TLN-KJN

**ORDER RE JOINT STIPULATION REGARDING PHASE I CLASS CERTIFICATION HEARING AND RELATED DEADLINES**

[Filed concurrently with Joint Stipulation]

Judge: Hon. Troy L. Nunley
Courtroom: Courtroom 2, 15th floor

Complaint Filed: May 21, 2018
Second Amended Complaint Filed: February 4, 2020

21

22

23

24

25

26

27

28

This matter is before the Court on Plaintiff Martin Lemp and Defendant Seterus, Inc.'s (collectively, the "Parties") Joint Stipulation regarding Phase I Class Certification Hearing and Related Deadlines. Having considered the Parties' stipulation and request, and with good cause having been shown, the Court hereby orders as follows:

The Parties' Joint Stipulation regarding Phase I Class Certification Hearing and Related Deadlines is **GRANTED.** The Court hereby sets the following schedule:

| Event | Proposed Date |
|---|---|
| Phase I Discovery Cutoff | June 19, 2020 |
| Plaintiff Expert Witness Disclosure | July 14, 2020 |
| Defendant Expert Witness Disclosure | August 11, 2020 |
| Expert Deposition Cutoff | September 11, 2020 |
| Class Certification Hearing | **November 12, 2020** |

**IT IS SO ORDERED.**

Dated: February 27, 2020

Troy L. Nunley
United States District Judge