UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN LEMP, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SETERUS, INC.,<br><br>Defendant. | No. 2:18-CV-01313-TLN-KJN<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS** |

This matter is before the Court on Plaintiff Martin Lemp's ("Plaintiff") Request to Seal Documents. (ECF No. 49.) Plaintiff requests to seal Exhibits B, C, D, E, F, G, and K, filed in support of its motion to certify class. (ECF No. 50.) After reviewing Plaintiff's request, and good cause appearing to maintain the confidential nature of the documents at issue, the request to seal is GRANTED. The Clerk of the Court is directed to seal the following documents:

1. Ex. B, Seterus Employee Manual;
2. Ex. C, Seterus Job Aids
3. Ex. D, Seterus – Western Union Agreements
4. Ex. E, California Spreadsheet
5. Ex. F, Webpay Spreadsheet
6. Ex. G, FDCPA Spreadsheet

7.  Ex. K, Deposition of Jon Greenlee

The foregoing documents shall be filed and maintained under seal unless and until further order of the Court.

IT IS SO ORDERED.

DATED: October 21, 2020

Troy L. Nunley
United States District Judge